854

No. 184, Misc. COULTON v. SACKS, WARDEN. C. A. 6th Cir. Certiorari denied. Reported below: —— F. 2d ——.

No. 186, Misc. ALLEN v. ADAMS, ATTORNEY GENERAL OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 189, Misc. OVERSTREET v. ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 190, Misc. HOLLEY v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 195, Misc. MALDONADO v. SUPERIOR COURT, LOS ANGELES COUNTY, CALIFORNIA, ET AL. Supreme Court of California. Certiorari denied.

No. 201, Misc. BAKER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Beatrice Rosenberg* for the United States. Reported below: —— U. S. App. D. C. ——, —— F. 2d ——.

No. 203, Misc. RICH v. MITCHELL, SECRETARY OF LABOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondent.

No. 207, Misc. GERNIE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.